Dora ADKINS, Plaintiff–Appellant,

v.

FAIRFAX COUNTY SCHOOL BOARD;
Daniel G. Storck, sued in his capacity
as Chairman of the Fairfax County
School Board, Defendants–Appellees.

No. 08–1601.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 14, 2008.

Decided: Oct. 16, 2008.

Dora Adkins, Appellant Pro Se. Jill
Marie Dennis, Hunton & Williams, LLP,
McLean, Virginia, for Appellees.

Before KING, GREGORY, and AGEE,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Dora Adkins appeals the district court's
order dismissing her civil action alleging
claims under the Americans with Disabili-
ties Act. We have reviewed the record and

find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Adkins v. Fairfax County Sch. Bd.*, No. 1:08–cv–00091–JCC–JFA, 2008 WL 2076654 (E.D.Va. May 15, 2008). We deny Adkins' motions "to accelerate" as moot and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*